# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDDIE L. COLLIER, III AND
TERRELL COLLIER

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE AND JOHN
P. MILLER

NO.  2023 CW 0003

**APRIL 13, 2023**

---

In Re:    The Board of Supervisors of Louisiana State University
          and Agricultural and Mechanical College ("LSU"), and
          Michael Clay Crain, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 654579.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

   **WRIT DENIED.**    The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(per curiam) are not met.

**PMc**

**HG**

   **Holdridge, J.,** dissents and would grant the writ
application. I find the plaintiffs failed to present sufficient
evidence to demonstrate that a genuine issue of material fact
exists as to their civil conspiracy claims. See **New Orleans Jazz
& Heritage Found., Inc. v. Kirksey,** 2009-1433 (La. App. 4th Cir.
5/26/10), 40 So.3d 394, 408, writ denied, 2010-1475 (La.
10/1/10), 45 So.3d 1100 ("The actionable element under [La. Civ.
Code art.] 2324 is the intentional tort the conspirators agreed
to commit and committed in whole or in part causing plaintiff's
injury."). Accordingly, I would grant the motion for partial
summary judgment filed by Board of Supervisors of Louisiana
State University and Agricultural and Mechanical College and
Clay Crain, and dismiss plaintiffs' civil conspiracy claims.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT